| | |
|---|---|
| 1 | NATHAN B. SABRI (Bar No. 252216) |
|  | nsabri@perkinscoie.com |
| 2 | STEFANI E. SHANBERG (Bar No. 206717) |
|  | sshanberg@perkinscoie.com |
| 3 | ROBIN L. BREWER (Bar No. 253686) |
|  | rbrewer@perkinscoie.com |
| 4 | MATHIEU A. SWIDERSKI (Bar No. 330333) |
|  | mathieuswiderski@perkinscoie.com |
| 5 | KARL M. JOHNSTON (Bar No. 327446) |
|  | kjohnston@perkinscoie.com |
| 6 | PERKINS COIE LLP |
|  | 505 Howard Street, Suite 1000 |
| 7 | San Francisco, California 94105-3204 |
|  | Telephone: (415) 344-7000 |
| 8 | Facsimile:  (415) 344-7050 |

Attorneys for Defendants
AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC. and
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BSD CROWN, LTD., | Case No. 3:24-CV-3503-JD |
| Plaintiff, | NOTICE OF APPEARANCE OF NATHAN B. SABRI, STEFANI E. SHANBERG, ROBIN L. BREWER, MATHIEU A. SWIDERSKI, AND KARL M. JOHNSTON ON BEHALF OF DEFENDANTS |
| v. | |
| AMAZON.COM, INC., AMAZON WEB SERVICES, INC. and AMAZON.COM SERVICES LLC, | |
| Defendants. | |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nathan B. Sabri, Stefani E. Shanberg, Robin L. Brewer, Mathieu A. Swiderski, and Karl M. Johnston of Perkins Coie LLP hereby enter their appearance as counsel on behalf of Defendants Amazon.com, Inc., and Amazon.com Services LLC in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

```
NATHAN B. SABRI (Bar No. 252216)
nsabri@perkinscoie.com
STEFANI E. SHANBERG (Bar No. 206717)
sshanberg@perkinscoie.com
ROBIN L. BREWER (Bar No. 253686)
rbrewer@perkinscoie.com
MATHIEU A. SWIDERSKI (Bar No. 330333)
mathieuswiderski@perkinscoie.com
KARL M. JOHNSTON (Bar No. 327446)
kjohnston@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050
```

Dated: July 19, 2024                    PERKINS COIE LLP

By: */s/ Nathan Sabri*
        Nathan Sabri

Attorneys for Defendants
AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC. and
AMAZON.COM SERVICES LLC